THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, et al.,

    Plaintiffs,

v.

MOSINEE SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 22-cv-47

## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiffs, Christy J. Mathis and Paul J. Mathis, by their attorneys, Walcheske & Luzi, LLC, and the Defendants, Andrea Reede, Mark Reede, and E.R., a minor, by Pines Bach LLP, that the time for the Defendants to answer the complaint of the Plaintiffs be extended from March 2, 2022 to March 23, 2022.

Respectfully submitted this 1st day of March 2022.

| WALCHESKE & LUZI, LLC | PINES BACH LLP |
|---|---|
| */s/ Paul M. Secunda* | */s/ Lester A. Pines* |
| James A. Walcheske, SBN 1065635 | Lester A. Pines, SBN 1016543 |
| Scott S. Luzi, SBN 1067405 | 122 West Washington Ave., Ste. 900 |
| Paul M. Secunda, SBN 1074127 | Madison, WI 53703 |
| 235 N. Executive Drive, Ste. 240 | (608) 251-0101 (telephone) |
| Brookfield, WI 53005 | (608) 251-2883 (facsimile) |
| (414) 828-2372 (telephone) | lpines@pinesbach.com |
| (262) 565-6469 (facsimile) | |
| jwalcheske@walcheskeluzi.com | *Attorneys for Defendants* |
| sluzi@walcheskeluzi.com | *Andrea Reede, Mark Reede and E.R.* |
| psecunda@walcheskeluzi.com | |

*Attorneys for Plaintiffs*