## EXHIBIT A

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, individually, and
PAUL J. MATHIS, individually,

        Plaintiffs,

  v.

MOSINEE SCHOOL DISTRICT, a municipality duly
incorporated under the laws of the State of Wisconsin;
KEVIN J. HERMENING, individually and in his
capacity as President of the School Board of the
Mosinee School District; DAVID MUNOZ, individually
and in his capacity as Superintendent of Mosinee School District;
BRAD GRUBE, individually and in his capacity as
Principal of the Mosinee Middle School;
CITY OF MOSINEE, WISCONSIN;
ERIC J. KRAUSE, individually and in his official capacity
as a law enforcement officer with the Mosinee Police
Department; KENNETH GRAMS, individually and in his official
capacity as Chief of Police for the Mosinee Police Department;
ANDREA REEDE & MARK REEDE, parents of minor E.R.;
and E.R., a minor child,

        Defendants.

Case No. 22-cv-47

### AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER

    My full name is _____. My address is

_____. I hereby

acknowledge that I am to have access to information designated in this action as CONFIDENTIAL

material, as permitted by the terms of the Parties' Stipulated Protective Order, in the captioned

action. I certify my understanding that such information has been provided to me pursuant to the

terms and restrictions of the Stipulated Protective Order entered on _____,

under paragraph 3 thereof, and that I have been given a copy of and have raid said Stipulated Protective Order and agree to be bound by the terms thereof. I further agree to subject myself to the jurisdiction of the United States District Court for the Western District of Wisconsin regarding resolution of any matter pertaining to said Stipulated Protective Order.

    I declare under penalty of perjury under the laws of the United States of America and Wisconsin that the foregoing is true and correct.

Dated:_____	Signature:_____

    Print Name:_____