WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, et al.,

      Plaintiffs,                            Case No.:  3:22-cv-47

      v.

MOSINEE SCHOOL DISTRICT, et al.,

      Defendants

## CERTIFICATE OF SERVICE

I, Kirsten H. Hendra, hereby certify that a copy of *Plaintiffs' Motion for Entry of Default*, ECF No. 59, was sent to the following individuals via U.S. Mail on September 22, 2022:

    Brian Brzezinski, 1835 Grant Road, Kronenwetter, WI 54455

    Julie Brzezinski, 1835 Grant Road, Kronenwetter, WI 54455

    A.B.,1835 Grant Road, Kronenwetter, WI 54455

Dated this 23rd day of September, 2022

                                        WALCHESKE & LUZI, LLC
                                        Counsel for Plaintiff

                                        *s/ Kirsten H. Hendra*_____
                                        Kirsten H. Hendra, State Bar No. 1099097

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
khendra@walcheskeluzi.com