IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, et al.,

        Plaintiffs,

v.                                      Case No.: 22-cv-47

MOSINEE SCHOOL DISTRICT, et al.,

        Defendants.

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that Defendants Brian Brzezinski, Julie Brzezinski and A.B. have failed to appear or otherwise defend as provided under the Federal Rules of Civil Procedure and that fact has been made to appear by motion of the attorney for the Plaintiff;

The Clerk hereby enters the default of Defendants Brian Brzezinski, Julie Brzezinski and A.B. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 29th day of September, 2022.

s/L. Kamke, Deputy Clerk
JOEL W. TURNER
Clerk of Court
United States District Court
Western District of Wisconsin