UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTY J. MATHIS, *et al.*

    Plaintiffs,

    v.

MOSINEE SCHOOL DISTRICT, *et al.*

    Defendants

Case No. 22-cv-47

---

**STIPULATION FOR PARTIAL DISMISSAL SOLELY AS TO DEFENDANTS HUBBLE MANLEY, MEGAN MAJEWSKI RESCH, AND M.M., A MINOR CHILD**

---

WHEREAS, the parties appearing in the underlying action, Plaintiffs Christy J. Mathis and Paul J. Mathis; and Defendants Mosinee School District, Kevin J. Hermening, David Munoz, Brad Grube, Karla Michanowicz, City of Mosinee, Eric J. Krause, Kenneth Grams, Ken Muelling, Andrea Reede, Mark Reede, E.R., a minor child, Hubble Manley, Megan Majewski Resch, and M.M., a minor child, hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed, with prejudice and without costs, solely as to Defendants Hubble Manley, Megan Majewski Resch, and M.M., a minor child.

1

Dated: October 26, 2022            *s/ Kirsten H. Hendra*_____
Paul M. Secunda, SBN 1074127
Kirsten H. Hendra, SBN 1099097
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
Telephone: (262) 780-1953
Email: psecunda@walcheskeluzi.com
Email: khendra@walcheskeluzi.com
*Attorneys for Plaintiffs*

Dated: October 26, 2022            *s/ Steve Elmer*_____
Steve Elmer, SBN 1088018
LAW OFFICES OF PAUL GODFREY
P.O. Box 258829
Oklahoma City, OK 73125
Telephone: (262) 317-6632
Email: steve.elmer@farmersinsurance.com
*Attorneys for Defendant Hubble Manley*

Dated: October 26, 2022            *s/ Jarrod J. Papendorf*_____
Jarrod J. Papendorf, SBN 1019702
MENN LAW FIRM, LTD.
2501 E. Enterprise Avenue
Appleton, WI 54912
Telephone: (920) 731-6631
Email: jarrod-papendorf@mennlaw.com
*Attorneys for Defendants M.M. and Megan Majewski Resch*

Dated: October 27, 2022            *s/ Joseph M. Wirth*_____
Joseph M. Wirth, SBN 1012080
Kiley B. Zellner, SBN 1056806
WIRTH + BAYNARD
788 N. Jefferson Street, Suite 500
Milwaukee, WI 53202
Telephone: (414) 225-4060
Email: jmw@wbattys.com
Email: kbz@wbattys.com
*Attorneys for Defendant Eric J. Krause*

2

Dated: October 27, 2022

*s/ Lori M. Lubinsky*
Lori M. Lubinsky, SBN 1027575
Emilia R. Janisch, SBN 1122503
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701
Telephone: (608) 257-5661
Email: llubinsky@axley.com
Email: ejanisch@axley.com
*Attorneys for Defendants Mosinee School District, Kevin J. Hermening, David Munoz, Brad Grube, and Karla Michanowicz*

Dated: October 27, 2022

*s/ Leslie A. Freehill*
Lester A. Pines, SBN 1016543
Leslie A. Freehill, SBN 1095620
PINES BACH, LLC
122 W. Washington Avenue, Suite 900
Madison, WI 53703
Telephone: (608) 251-0101
Email: lpines@pinesbach.com
Email: lfreehill@pinesbach.com
*Attorneys for Defendants Andrea Reede, Mark Reede, and E.R.*

Dated: October 27, 2022

*s/ Elizabeth D. Reeths*
Michael J. Roman, SBN 1020648
Elizabeth D. Reeths, SBN 1070411
KLINNER KRAMER SHULL, LLP
210 McClellan Street, Suite 400
Wausau, WI 54403
Telephone: (715) 845-5656
Email: mroman@klinnerkramershull.com
Email: ereeths@klinnerkramershull.com
*Attorneys for Defendants City of Mosinee, Kenneth Grams, and Ken Muelling*