UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, individually, and
PAUL J. MATHIS, individually,

      Plaintiffs,

  v.

MOSINEE SCHOOL DISTRICT, KEVIN J. HERMENING,
DAVID MUNOZ, BRAD GRUBE, KARLA MICHANOWICZ,
CITY OF MOSINEE, WISCONSIN; ERIC J. KRAUSE,
KENNETH GRAMS, KEN MUELLING, ANDREA REEDE,
MARK REEDE, E.R., BRIAN BRZEZINSKI,
JULIE BRZEZINSKI, A.B.,

      Defendants.

Case No. 22-cv-47

## DEFENDANTS MOSINEE SCHOOL DISTRICT, HERMENING, MUÑOZ, MICHANOWICZ, GRUBE AND MICHANOWICZ'S MOTION TO SEAL

NOW COME the Defendants, Mosinee School District, Kevin J. Hermening, David Muñoz, Brad Grube and Karla Michanowicz, by and through their undersigned attorneys, and hereby move the Court for an order sealing:

    1.    Deposition Transcript of Christy J. Mathis.

Defendants request that the above-referenced documents be viewable only by the Court and the attorneys of record who have appeared in this matter. In support of the request, Defendants state as follows:

    1.    The parties, through counsel, jointly filed a Stipulated Protective Order on June 1, 2022. [Dkt. 23.] The Court approved the Stipulated Protective Order via an ECF text-only Order on June 1, 2022.

2. The Protective Order allows for parties to designate certain documents as confidential if the documents fall within certain parameters, including deposition testimony that discloses or could disclose confidential pupil information. [Dkt. 23, p. 2-5.]

3. The above-referenced document discloses confidential pupil information, and has been marked as confidential.

4. Therefore, the Defendants respectfully request that the above-referenced document be filed under seal and only viewable only by the Court and the attorneys of record who have appeared in this matter.

Dated this 6th day of December, 2022.

                         *s/ Emilia R. Janisch*
                         Lori M. Lubinsky, SBN 1027575
                         Emilia R. Janisch, SBN: 1122503
                         Attorneys for Defendants, Mosinee School District,
                          Kevin J. Hermening, David Muñoz, Brad Grube
                          and Karla Michanowicz
                         AXLEY BRYNELSON, LLP
                         P.O. Box 1767
                         Madison, WI 53701-1767
                         Telephone: (608) 257-5661
                         Email: llubinsky@axley.com; ejanisch@axley.com