UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTY J. MATHIS, *et al.*

    Plaintiffs,

v.

MOSINEE SCHOOL DISTRICT, *et al.*

    Defendants

Case No. 22-cv-47

---

### MOTION TO AMEND COMPLAINT PURSUANT TO RULE 15(A)(2) TO DROP DEFENDANTS ANDREA REEDE, MARK REEDE, AND E.R., A MINOR CHILD, FROM THE CASE

Plaintiffs Christy J. Mathis and Paul J. Mathis hereby move the Court to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to drop Defendants Andrea Reede, Mark Reede, and E.R., a minor child, from the case. Plaintiffs request that this matter be dismissed, with prejudice and without costs, solely as to Defendants Andrea Reede, Mark Reede, and E.R., a minor child. *See Taylor v. Brown*, 787 F.3d 851, 858 (7th Cir. 2015).

Dated: 01-06-2023

*s/ Paul M. Secunda*
Paul M. Secunda, SBN 1074127
Kirsten H. Hendra, SBN 1099097
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
Telephone: (262) 780-1953
Email: psecunda@walcheskeluzi.com
Email: khendra@walcheskeluzi.com
*Attorneys for Plaintiffs*

1