UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTY MATHIS, and
PAUL J. MATHIS,

    Plaintiffs,

v.                                                       CASE NO. 22 CV 47

ERIC J. KRAUSE.

    Defendant.

---

## DEFENDANT, ERIC J. KRAUSE'S MOTION FOR SUMMARY JUDGMENT

---

The defendant, Eric J. Krause, by his attorneys, Wirth + Baynard, pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment dismissing all of Plaintiffs claims against him upon the merits, with prejudice and with an award of all allowable costs and expenses.

This motion is supported by the following:

    1.    Memorandum of Law in Support of Defendant, Eric Krause's Motion for Summary Judgment,

    2.    Defendant Eric Krause's Proposed Findings of Fact, and

    3.    Declaration of Joseph M. Wirth, with exhibits.

Dated this 17th day of March 2023.

                                          **WIRTH + BAYNARD**
                                          Attorneys for Defendants

                          BY:    */s/electronically signed by Joseph M. Wirth*
                                       JOSEPH M. WIRTH
                                       State Bar No.: 1012080

POST OFFICE ADDRESS
9898 W Bluemound Road

Suite 2
Wauwatosa, WI 53226
Telephone: (414) 291-7979
E-Mail: jmw@wbattys.com