# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Mosinee Police Department
**ORI:** WI0371000
** Contains Restricted Names **
**Case#:** 21-000092 — PROTECTED
**Date / Time Reported:** 04/05/2021 11:58 Mon
**Last Known Secure:** 04/05/2021 11:57 Mon
**At Found:** 04/05/2021 11:58 Mon

**Location of Incident:** 700 HIGH ST, Mosinee WI 54455-
**Premise Type:** School-elementary/second
**Beat/Tract:**

## Incident Data

| # | Crime Incident(s) | | Weapon/Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Sexual Assault Nonforcible - Statutory Rape - 36B | (Com) | | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO:**

## Victim

**# of Victims:** 1   **Type:** INDIVIDUAL   **Injury:**

| | Victim/Business Name | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | [redacted] | 1, Age 12 | | W | F | IAQ | Resident | |

**Home Address:** [redacted] Vkronenwetter, WI 54455-
**Home Phone:** [redacted]
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:** [redacted]

**VYR | Make | Model | Style | Color | Lic/Lis | VIN**

## Others Involved

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| PG | Restricted | | Age | W | F | | | |

**Home Address:** [redacted] VKRONENWETTER, WI 54455
**Home Phone:** [redacted]
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:**

**Type:** INDIVIDUAL   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| PG | | | Age | W | F | | | |

**Home Address:** [redacted] TKNOWLTON, WI 54455
**Home Phone:** [redacted]
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:**

## Property

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

EXHIBIT 12-13-22 70 Krause
Grossbier & Associates, Inc.

**Officer/ID#:** KRAUSE, ERIC J   (MOEJK1)
**Invest ID#:** (0)
**Supervisor:** STANKOWSKI, JEFFREY D

**Status — Complainant Signature**
**Case Status:** Cleared By Arrest   04/05/2021
**Case Disposition:**
Page 1

R_CS1IBR   Printed By: MODMC1, MO001   Sys#: 63742   CITY OF MOSINEE 00239   04/06/2021 11:29

*Mosinee Police Department* | | 21-000092

| Victim | Offense | Date / Time Reported |
|---|---|---|
| ▮▮▮ | SEXUAL ASSAULT NONFORCIBLE - | Mon 04/05/2021 11:58 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On March 25th, 2021, I was approached by Mr. Brad Grube. He informed me of a (student/teacher) allegation that was brought to his attention. He informed me ▮▮▮ EMR had reported that her art teacher, Christy J. Mathis, had touched her back/butt area which made her feel uncomfortable.

I was advised due to this allegation, Christy would be sent home until further notification while they completed an internal investigation as this was part of their policy. I informed Mr. Grube at that time to continue his internal investigation of the incident for his records and I would start mine. I was able to obtain a few statements from Mr. Grube at that time. I was still awaiting information from Mr. Grube about the incident to determine if law enforcement action was needed.

The following day I was informed by Mr. Grube a few students that may have been involved were not at school, but he still planned to continue his internal investigation to determine if something happened and if so was it illegal. I was informed interviews were still going on and was asked if I wanted to attend. At that moment I was dealing with another issue within the school and informed Mr. Grube that I would try to meet up with him later to deal with the incident.

Due to my other incident, I was unable to meet with Mr. Grube. The next week was Spring Break which no one was contacted for interviews.

On 4/5/2021, I made contact with Mr. Grube around 7:30 AM to talk about the incident. I was given all the statement forms and proceeded with my investigation.

Contact with ▮▮▮ (EMR):

I was able to speak with the victim in the case, EMR. I asked her to explain what happened to her on March 25th, 2021.

She stated she was in Christy Mathis' art class 3rd hour. While in class she was hanging around at another table with friends talking, while waiting for the end of class. Before class was finished, Mathis informed the class to go to their assigned seats. EMR followed her directive and went back to her table.

While at her table she stated Mathis walked by her, took her left hand and placed it on the lower back of her middle back. She continued to go downwards towards her butt area and grabbed her butt with a "cupped" hand motion as well as slapping her in the butt with a "cupped" hand. This was done to her right butt area.

At this point she stated she was kind of in shock and per her statement her jaw dropped and she made the comment out loud to other students at her table, "Did that just happen? Did she just grab my butt?"

After making the comment, she witnessed Mathis walk to another table and touch another female student's butt. She stated she saw the end of the touch, when Mathis removed her hand from the butt area. This student was identified as Martina Mullins.

After discussing the incident with friends at the table the class was finished and she reported the touch to Administration.

REPORTING OFFICER NARRATIVE    PROTECTED

Mosinee Police Department                                           21-000092

| Victim | Offense | Date / Time Reported |
|---|---|---|
|  | SEXUAL ASSAULT NONFORCIBLE - | Mon 04/05/2021 11:58 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I asked her why she reported it to Administration and what she was hoping would happen. She stated she wanted to report it because it made her feel uncomfortable and she wanted to make sure it didn't happen again to her or other students.

While talking with EMR, I was able to reach out to her mother, Andrea Reede, to discuss the incident. It was reported to me that EMR had told her mother the same story and stated she felt really uneasy about the entire situation.

After speaking with EMR I was able to speak with other students of interest who witnessed the incident or were talked about within someone's statement.

Contact with ███████ (MLM):

I asked her to explain what happened on March 25th, 2021. She stated she was touched on the back but felt that it may have been an accident and the touch was not inappropriate in nature. She did advise that she has witnessed Mathis touch other students in the shoulders or back area, but hasn't witnessed any inappropriate touching of students.

Contact with ███████ (IMR):

IMR informed me she witnessed Mathis touch EMR's butt. I set up a chair in my office and had IMR show me what she witnessed. She went up to the chair and tried to show us what it looked like when Mathis grabbed EMR's butt. She stated it was kind of a weird grab. She also felt that it was done on purpose and wasn't at all an accident. She also stated that the grab lasted longer than what would be an accident.

I asked her what her thoughts were after she witnessed the incident. She stated she was like "What just happened?" and thought it was weird. She was asked again to show us how the touch looked. She used a basketball in my office to demonstrate. She stated it was kind of a poke/pinch. What she showed me was someone using their fingers to stroke or pet something; kind of like a walking motion using your fingers.

She again expressed that Mathis just walked up to EMR, stopped and touched her butt area for a few seconds and just walked away not saying anything. IMR was right behind EMR when this happened and was able to witness what happened from the back side. IMR also informed me that she has been touched by Mathis but hasn't been inappropriately touched.

Contact with ███████ AKB:

AKB stated she witnessed Mathis walk up to EMR and touch the back of her back and proceeded to touch her butt. She stated EMR appeared to be upset and made the comment to the others at the table "Did she just touch my butt?". She stated it appeared to be just a slide down the back and a slide down the butt area, she was unsure if it was grabbed, but did confirm it was touched. AKB has also stated that Mathis has touched her in the back area, but hasn't touched her inappropriately.

Contact with ███████ (DLD):

REPORTING OFFICER NARRATIVE — PROTECTED

Mosinee Police Department — 21-000092

| Victim | Offense | Date / Time Reported |
|---|---|---|
| REEDE, ELLA | SEXUAL ASSAULT NONFORCIBLE - | Mon 04/05/2021 11:58 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I wanted to speak with her because her name was brought up in AKB's statement that she had been hearing that it also happened to DLD.

DLD stated she has been touched by Mathis. She stated that she would just randomly walk up to her and touch her shoulders or give her a backwards "kinda" like bear hug when she would review school work or if she needed help. DLD felt that she would do these things purposely and it wasn't accidentally, because she would never make a comment like "Sorry".

Contact with ▮▮▮▮ (JVB):

I questioned her on her statement on what happened on March 25, 2021 in Mathis's class. JVB stated she witnessed MLM get touched that day on the lower back area. She also stated that she witnessed her shoulders drop down right before she approached MLM to have her hand go down lower. She witnessed just a touch, but didn't witness a grab of the butt. She did state she paused behind MLM while it happened. Per her written statement she did state she witnessed EMR's and MLM's back and butt areas got touched that day.

Contact with ▮▮▮▮ (GLRW):

I questioned him on his statement on what happened on March 25, 2021 in Mathis's class. He stated he witnessed Mathis touch EMR's back and butt area. He witnessed her hand on EMR's body with a cup hand. I asked if he had ever been touched. He also stated he has been touched by her on the shoulder area which made him feel weird. He has never witnessed this kind of touch that Mathis did to EMR before, but has witnessed her touch students.

Contact with ▮▮▮▮

She informed me she witnessed Mathis touch EMR. I asked her to explain. She stated she was in front of EMR while EMR was standing. She witnessed Mathis walk behind EMR at which point she stopped. At this point she paused for a few seconds and started to walk away. She stated she witnessed what appeared to be a slap to the butt on EMR's buttocks. After this happened ARB stated EMR made comments about just getting slapped in the butt and was weirded out by the incident. ARB also stated after Mathis did this to EMR she witnessed something similar happen to MLM. I asked if she witnessed anything beside the hit to the butt area and she stated no. She did state again that Mathis did stop and stand behind EMR for a few seconds before she walked away and hit her butt while leaving, so something might have happened while she was behind her, but she was unable to see that part of the incident. But did state she witnessed the slap to the butt.

I was able to interview 8 individuals in the case. The 8 were either personally involved or were witness to the incident. Statement forms were collected from other kids within the classroom, but none of them were witness to the incident or didn't have further information relating to this case.
Within the statements collected, 8 students stated they have not been touched or haven't witnessed Mathis touching students and the remaining 13 statements stated they were touched or had witnessed Mathis touch someone. None of these incidents appeared to be criminal in nature and are deemed appropriate or inappropriate per the individual as everyone's level of touch is different.

A total of 29 statements were collected for the investigation.

CITY OF MOSINEE 00245

## REPORTING OFFICER NARRATIVE

*Mosinee Police Department*

PROTECTED
21-000092

| Victim | Offense | Date / Time Reported |
|---|---|---|
| ■■■ | SEXUAL ASSAULT NONFORCIBLE - | Mon 04/05/2021 11:58 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Contact with Christy J. Mathis:

I was able to make contact with Christy at her residence with the help of the Sheriff's Department. She answered the front door and I explained I was given information from the Mosinee Middle School of allegations and per my investigation I was placing her under arrest for 1st Degree Sexual Assault of a Child.

She responded by "what" and stated she didn't do anything. I informed her she needed to come with me. Mathis was compliant during my conversation and while handcuffing her. She again stated she didn't do anything. While transporting her to my squad I informed her I would speak with her about the incident after I read her her rights. She continued to tell me she didn't do anything. Before she was placed in my squad she was searched and then placed in the back seat of my squad.

At this point I read her her Miranda Rights. She stated she understood her rights and she was willing to speak with me. I informed her of the allegation she was being accused of and asked if anything might have happened on that day. She responded by saying she thought hard and long and couldn't think of anything that might have happened including accidentally. I asked if she ever touched a student and she stated on the shoulders or to guide them back to their desk. I asked if she would ask for permission to touch a student before touching and she stated no not if she's guiding them back to their desk.

I also asked if she had ever touched a student inappropriately or in a private area. She responded by stating "I never have, not on purpose". I asked her to explain what she meant by the comment. She stated that she never intentionally thought I was going to touch someone.
I asked if maybe she bumped into someone's private area and she stated she didn't even recall bumping anybody. She informed me that her room is small. She again stated she didn't recall doing anything wrong on 3/25/2021 with a student.

I again informed her of the full allegation and she stated that never happened. I allowed her to speak with her daughter and husband before we left and I transported her to the Marathon County Jail to be booked in.

Disposition:

I am requesting that Christy Mathis be charged with the following; 948.02(1)(e) - 1st degree Sexual Assault of a Child.

Mathis had sexual contact with EMR's buttock area which is deemed an intimate part of her body. At the time of the incident EMR had not obtained the age of 13. Per EMR's statement as well as other witness statements the touch was intentional.

Contact was made with Child Protective Services about the incident and I was informed I would receive a call to schedule a CAC interview for EMR to have her be interviewed again about the incident.

Officer Eric Krause
Mosinee Police Department

CITY OF MOSINEE 00246

Reporting Officer: KRAUSE, ERIC J
R_CS3NC

Printed By: MODMC1, MO001    04/06/2021 11:29

Page 8

Wirth Decl. Exhibit A