FILED
04-23-2021
CLERK OF CIRCUIT COURT
MARATHON COUNTY
2021CF000543

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MARATHON COUNTY |

| | | |
|---|---|---|
| STATE OF WISCONSIN<br><br>Plaintiff,<br><br>vs.<br><br>Christy J. Mathis<br>151851 Wisteria Lane<br>Wausau, WI 54401<br>DOB: 01/13/1971<br><br>Defendant. | DA CASE NO: 2021MA001240<br>COURT CASE NO:<br>AGENCY CASE NO: 2021-000092<br><br><br>**CRIMINAL COMPLAINT** | **EXHIBIT #89**<br>Witness: Runde<br>Date: 2/27/23<br>Stenographer: Wendy L. Hanneman, RPR<br><br>*For Official Use* |

STATE OF WISCONSIN  )
                    )SS
COUNTY OF MARATHON  )

Complainant, on information and belief, being first duly sworn on oath states that:

**Count 1: 1ST DEGREE CHILD SEXUAL ASSAULT - SEXUAL CONTACT WITH A CHILD UNDER AGE 13**

The above-named defendant on or about Thursday, March 25, 2021, in the City of Mosinee, Marathon County, Wisconsin, did have sexual contact with a person who has not attained the age of thirteen, ER, DOB 05/10/2008, contrary to sec. 948.02(1)(e), 939.50(3)(b) Wis. Stats., a Class B Felony, and upon conviction may be sentenced to a term of imprisonment not to exceed sixty (60) years.

The basis for complainant's charge of such offenses is: complainant is a law enforcement officer in Marathon County and makes the complaint based upon his review of police reports drafted by Eric Krause, of the Mosinee Police Department. Your complainant believes that said reports can be relied upon as a basis for probable cause because each of the aforementioned officers purports to have investigated the matters related herein and to have prepared said report in the regular course of duty as law enforcement officers. Moreover, your complainant has found each of said officers to be truthful and accurate in the performance of their respective professional duties.

This complaint is further based upon defendant statements, believed to be truthful and reliable as they are made against his penal interests. This complaint is further based upon statements of citizen witnesses, believed to be truthful and reliable as made by citizen witnesses to the facts related.

Based upon your complainants review of reports, your complainant knows the following information:

Investigator: KRAUSE, ERIC J

| Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB |
|---|---|---|
| R████, E████ | 1, | 05/10/2008 Age 12 |

On March 25th, 2021, I was approached by Mr. Brad Grube. He informed me of a (student/teacher) allegation that was brought to his attention. He informed me E██ M. R████ EMR had reported that her art teacher, Christy J. Mathis, had touched her back/butt area which made her feel uncomfortable.

On 4/16/21, at approximately 9:00 AM I was able to be witness the forensic interview of E██ M. R████ (EMR). The interview was conducted by Alicia Resch at the Child Advocacy Center of North Central WI.

During this interview, the incident that occurred on March 25th, 2021 at the Mosinee Middle School with her art teacher was talked about.

EMR stated during class, towards the end of the class period, she was hanging out with some classmates at her table. While waiting for the bell to ring, she decided to stand at the table instead of sit. She stated she stood close to the table and wasn't leaned out.

While standing she witnessed Mathis walk around the room/tables as she does everyday. When she approached the table she walked behind EMR who was standing.

Per EMR's statement, Mathis paused behind her for a few seconds and placed her hand on the lower part of back. EMR demonstrated what she felt Mathis did to her. What I witnessed in the demonstration was Mathis had her hand on her lower back with her fingertips pointing towards her shoulders and the palm side of the hand towards the back.

EMR stated she felt Mathis finger tips slowly go down her back. While she was telling what happened she was also demonstrating it. She did make the comment of "what the heck" and wiggled her back while she was showing the interviewer. The action I witnessed would be described as witnessing someone be uncomfortable or grossed out.

PL00143

Mathis' hand continued to go down the lower back and EMR showed a twist to the hand which now showed her hand in a cup position with the inside of the hand on her butt area (finger/palm). EMR explained that Mathis grabbed her butt with a cupped hand while giving her butt a slap. After this happened she again demonstrated what appeared to be the same action as being uncomfortable or grossed out and stated she jumped forward because of what just happened.

After she was touched by Mathis, EMR reacted to being touched and made comments outloud to people around her by saying "Did that really just happen?"

During the interview, she was asked if the incident could have been an accident. EMR stated she didn't think so. She stated that she allowed more than enough room for Mathis to walk past. She again expressed she was standing close to the desk with her legs resting up against it.

She also stated that Mathis never made comments about "Sorry" or "Excuse me" which would indicate an accident. She also informed the interviewer that Mathis has walked past many times without issues and if she would need to get through she would let her know before hand or even lightly place her hand on shoulder while saying, "Excuse me I need to get by." She also expressed she didn't feel it was an accident as she felt uncomfortable and felt that it needed to be reported right after class to the Administration team to have them handle it.

and prays that the defendant be dealt with according to law.

Subscribed and sworn to before me on 04/23/21
Electronically Signed By:
Davis Runde
Assistant District Attorney
State Bar #: 1104169

Electronically Signed By:
Hagenbucher
Complainant

PL00144