UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTY J. MATHIS and
PAUL J. MATHIS

        Plaintiffs,

   v.

BRIAN BRZEZINSKI, JULIE
BRZEZINSKI, and a minor child, A.B.

        Defendants

Case No. 22-cv-47-JDP

---

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

---

      Plaintiffs, Christy J. Mathis and Paul J. Mathis, by their attorneys, Walcheske & Luzi, LLC, hereby move for Default Judgment against Defendants, Brian Brzezinski, Julie Brzezinski, and a minor child, A.B., pursuant to FED. R. CIV. P. 55(b)(2). The factual and legal bases for this Motion are contained in the accompanying Brief in Support.

      Dated this 30th day of June, 2023

                                                              WALCHESKE & LUZI, LLC
                                                              Counsel for Plaintiff

                                                               *s/ Paul M. Secunda*
                                                               Paul M. Secunda, State Bar No. 1074127

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: psecunda@walcheskeluzi.com