# EXHIBIT FORM

| EXHIBIT(S) OF | | | |
|---|---|---|---|
| Plaintiffs Christy and Paul Mathis | | Christy J. Mathis, et al. v. | |
| (Indicate plaintiff or defendant) | | V.     Case No. 22-cv-47-jdp | |
| | | Krause, Eric J. et al | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 9/19/23 | 1 | | Press Release | |
| 9/19/23 | 2 | | Settlement Agreement | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |