

**FOR IMMEDIATE RELEASE**
January 6, 2023

Contact Attorney:
Leslie Freehill lfreehill@pinesbach.com

**(Wausau, WI)** Plaintiffs Christy and Paul Mathis have dismissed their claims today against a Mosinee Middle School Student and her parents in their federal lawsuit filed against them in Madison, Wisconsin. The student made the following statement: "On March 25, 2021, I reported an incident of physical contact by Ms. Mathis in my art class. While I never intended for my complaint against Ms. Mathis to escalate to the level it did, I recognize my actions caused Ms. Mathis and her family pain and hardship. I regret the role I played in this situation, and hope others in this community will not view Ms. Mathis unfavorably moving forward."

###