UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF WISCONSIN

CHRISTY J. MATHIS, et al.,

      Plaintiffs,                  Case No.:  3:22-cv-47

     v.

BRIAN BRZEZINSKI, et al.,

      Defendants

CERTIFICATE OF SERVICE

I, Paul M. Secunda, hereby certify that a copy of *Plaintiffs' Motion for Approval of Fees and Costs*, ECF No. 129, and all related materials, ECF Nos. 130-134, were sent to the following individuals via U.S. Mail on October 20, 2022:

    Brian Brzezinski, 1835 Grant Road, Kronenwetter, WI 54455

    Julie Brzezinski, 1835 Grant Road, Kronenwetter, WI 54455

    A.B.,1835 Grant Road, Kronenwetter, WI 54455

Dated this 20th day of October, 2023

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

**s/ Paul M. Secunda**

Paul M. Secunda, State Bar No. 1074127

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
psecunda@walcheskeluzi.com